# United States District Court

**DISTRICT:** Southern District of Florida

**DOCKET:**
**MAGISTRATE CASE NO.** 00-5035-LRJ

UNITED STATES OF AMERICA
v.
GREGORY LAWRENCE, a/k/a Frankie Lafontant, a/k/a Lee Ruben Charlemagne

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**
GREGORY LAWRENCE
a/k/a Frankie Lafontant
a/k/a Lee Ruben Charlemagne
DOB:   SSN:

**WARRANT ISSUED ON THE BASIS OF:** x☐ Order of Court

**TO:** United States Marshals Service or any other authorized representative

**DISTRICT OF ARREST:**
**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

False statement in application and use of passport

FILED BY _____
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB
00 FEB 28 AM 10: 12

**IN VIOLATION OF** — **UNITED STATES CODE TITLE** 18 — **SECTION** 1542

**BAIL FIXED BY COURT:** No Bond
**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** LINNEA R. JOHNSON, UNITED STATES MAGISTRATE JUDGE
**SIGNATURE (JUDGE/U.S. MAGISTRATE):** [signature]
**DATE:** 2-18-00

**CLERK OF COURT:** CLARENCE MADDOX
**(BY) DEPUTY CLERK:** [signature]
**DATE ISSUED:** 2/23/00

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record