koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-5038-JOHNSON

UNITED STATES OF AMERICA

   Plaintiff,

**ORDER ON INITIAL APPEARANCE**

Language ENGLISH
Tape No. 00A- 63-621

v.

AUSA Jack all Paw

GREGORY LAWRENCE
a/k/a FRANKIE LAFONTANT

   Defendant.

Agent USMS - (305) 536-5677   FILED by _____ D.C.
MAG. SEC.

DOB: 8-14-74   #66187-004 AUG 16 2000

CLARENCE MADDOX
CLERK, U.S.
S.D. of FLA - appeared

_____/

The above-named defendant having been arrested on 8-16-00 having appeared before the court for initial appearance on 8-16-00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED as follows:**

1. Clayton Palmer appeared as permanent/temporary counsel of record.
   Address: 2 (W) Flagler #301
   Zip Code: 33130   Telephone: 371-4989
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____   Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on 8/21 ____ FL ____ FL, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 8/30 ____, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because put alleges used a gun F.B.
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 8/21 ____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;
   other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



<u>GREGORY LAWRENCE a/k/a FRANKIE LAFONTANT</u>

___j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>16th</u> day of <u>AUGUST</u>, 2000

_____

**UNITED STATES MAGISTRATE JUDGE**
JOHN J. O'SULLIVAN

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation