UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-5028-Johnson-

UNITED STATES OF AMERICA,

v.

GREGORY LAWRENCE

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

FILED by _____ D.C.
MAG. SEC.

AUG 16 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

COMES NOW _CLAYTON R. KAEISER_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (Printed) _CLAYTON R. KAEISER_

Counsel's Signature _Clayton R. K_____

Address _78 W. Flagler, #301_
_Miami, FLA_    ZIP CODE: _33130_

Telephone _(305) 371-4989_