## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/21/00    TIME: 9:30 AM

**DEFT.** GREGORY LAWRENCE a/k/a **(J)**       **CASE NO** 00-5038-JOHNSON
FRANKIE LAFONTANT

**AUSA.** BRUCE REINHART       **ATTY.** CLAYTON KAEISER (TEMP)

**AGENT.** PAUL MASTANDO, DSS       FALSE STATEMENT IN APPLICATION
**VIOL.** 18:1542

REPORT RE COUNSEL,
**PROCEEDING** DETENTION HEARING       **BOND.** TEMP PTD

**DISPOSITION** ARRAIGNMENT SET 8/30/00 @ 9:30 AM

Report re: Counsel reset to 8/29/00 @ 9:30 am. Stipulated PTD. No hearing held. Defendant may have full blown PTD hearing if circumstances change.

**DATE:** 8/21/00       **TAPE:** LRJ-00- 70-1353