UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5038-JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY LAWRENCE
a/k/a Frankie LaFontant

    Defendant.
_____/



## ORDER

THIS CAUSE came before the Court on August 21, 2000 for a Pretrial Detention hearing.

Pursuant to agreement by parties, it is

ORDERED AND ADJUDGED that the Defendant is hereby Pretrial Detained. Defendant

may have a full blown Pretrial Detention hearing if circumstances change. It is further

ORDERED AND ADJUDGED that hearing regarding inquiry re: counsel is hereby reset

to August 29, 2000 at 9:30 A.M., before the undersigned.

DONE AND ORDERED at West Palm Beach, Florida, this 21st day of August, 2000.

                                      LINNEA R. JOHNSON
                                 CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Bruce Reinhart, AUSA
Clayton Kaeiser, Esq. (Temp Csl)
U.S. Pretrial Services

