## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 8/30/00   TIME: 9:30 AM

DEFT. GREGORY LAWRENCE (J) ✓
a/k/a Frankie LaFontant
   *Janice LeClanche for* ✓

CASE NO 00-5038-JOHNSON

AUSA. BRUCE REINHART

ATTY. CLAYTON KAEISER (RETAINED) ✓

AGENT. PAUL MASTANDO - DSS

VIOL. 18:1542 — FALSE STATEMENT IN APPLICATION

PROCEEDING ARRAIGNMENT

BOND. STIP PTD

DISPOSITION

Deft present w/Atty Clayton Kaeiser
Arraignment not held
Deft voluntarily signed waiver of rights
to arraignment

Arraignment reset to 9-5-00 @ 11:00 AM
in Ft. Lauderdale before Duty Magistrate

DATE: 8/30/00

TAPE: LRJ-00-80-2837 /
LRJ-0081-1