UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-5038-LRT

UNITED STATES OF AMERICA,

vs.

Gregory Lawrence

REC'D by ___ D.C.
MAG. SEC.

AUG 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**WAIVER**

I, Gregory Lawrence, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to ARRAIGNMENT on 8/30/00.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on 8/30/00, my right to ARRAIGNMENT.

DATED: 8/30/00

Gregory Lawrence
Defendant

Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to ARRAIGNMENT on 8/30/00.

DATED this 30th day of August, 2000, at WPB Southern District of Florida. Nun. Pro Tunc 8/30/00.

TAPE NO. LRT-00-80-2557

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
Defense Counsel
Pretrial Services/Probation
U.S. Marshal

9/9