UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-5038-JOHNSON

UNITED STATES OF AMERICA,

vs.

GREGORY LAWRENCE

REC'D by ___ D.C.
MAG. SEC.

AUG 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**THIS CAUSE** came before the Court on August 30, 2000 for Arraignment. The undersigned United States Magistrate Judge certifies that the defendant having been advised did willingly waived his Constitutional rights to an Arraignment hearing, it is hereby

**ORDERED AND ADJUDGED** that Arraignment is reset to September 5, 2000 at 11:00 AM in Fort Lauderdale, Florida before the Duty Magistrate Judge.

**DONE AND ORDERED** at West Palm Beach Florida this <u>31st</u> day of <u>August</u>, 20<u>00</u>.

TAPE NO:LRJ-00-80-2551

CHIEF U.S. MAGISTRATE JUDGE
LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal