```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
```

Case No. **00-6255 CR-FERGUSON**

18 U.S.C. §1542

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
                         )
         Plaintiff,      )
                         )
v.                       )
                         )
GREGORY LAWRENCE         )
a/k/a "Lee Ruben Charlemagne,")
a/k/a "Frankie Lafontant,"    )
a/k/a "Jackel Thomas Smith,"  )
                         )
         Defendant.      )
_____/



### INFORMATION

The United States Attorney charges that:

On or about December 27, 1999, at Broward County, in the Southern District of Florida, the defendant,

**GREGORY LAWRENCE,**
a/k/a "Lee Ruben Charlemagne,"
a/k/a "Frankie Lanfontant,"
a/k/a "Jackel Thomas Smith,"

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was "Lee Ruben



Charlemagne" and that his place of birth was Miami, Florida, which statements he knew to be false; in violation of Title 18, United States Code, Section 1542.

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY\***

GREGORY LAWRENCE
a/k/a "Lee Rubin Charlemagne,"
a/k/a "Frankie Lafontant,"
a/k/a "Jackel Thomas Smith,"
                                  **Superseding Case Information**:

**Court Division**: (Select One)   New Defendant(s)    Yes ___  No ___
                                  Number of New Defendants ___
___ Miami  ___ Key West           Total number of counts ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days        _X_         Petty       ___
   II   6 to 10 days       ___         Minor       ___
   III  11 to 20 days      ___         Misdem.     ___
   IV   21 to 60 days      ___         Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No.  __00-5038-LRJ__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  NO
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                  _____
                                  SCOTT H. BEHNKE
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Court Bar No. A5500005

\*Penalty Sheet(s) attached                                    REV.6/27/00

*Chief United States Magistrate Judge*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:  GREGORY LAWRENCE          No.: _____

**Count #:1**
Making a false statement in an application for a passport
18 USC §1542

*Max penalty of not more than 10 years' imprisonment; a fine of up to $250,000, or both

**Count #: 2**


**Count #: 3**

—

*Max. Penalty:

**Count #:**


*Max. Penalty:

*Max. Penalty: