

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

**SOUTHERN** **DISTRICT OF** **FLORIDA**

*UNITED STATES OF AMERICA*

v.

*GREGORY LAWRENCE*
*a/k/a "Lee Rubin Charlemagne,"*
*a/k/a "Frankie Lafontant,"*
*a/k/a "Jackel Thomas Smith,"*

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6255-CR-Ferguson

I, Gregory Lawrence, the above named defendant, who is accused of knowingly and intentionally made a false statement in an application for a passport, and being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Sep. 5, 2000, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant Gregory Lawrence*

*Clayton Kaiser, Esq.*
*Counsel for Defendant Lawrence*

Before _____ 9/5/00
Barry S. Seltzer
United States Magistrate Judge