| | | | |
|---|---|---|---|
| DEFT: | Gregory Lawrence (J)# | CASE NO: | 00-5038-LRJ  00-6255-Cr-Ferguson |
| AUSA: | Scott Behnke /Roy Stefin/ | ATTNY: | Clayton Kaiser /present/ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

X — Waives indictment

✓

Reading of indictment ~~waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order ~~requested~~

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:    N/A

DATE: 9-5-00    TIME: 11:00am    TAPE # 00-070 PG # 5
1527-1572
Recall 2000-2188  /13