FILED by D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-Ferguson

UNITED STATES OF AMERICA

vs

Gregory Lawrence

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-5-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone:

DEFENSE COUNSEL: Name: Clayton Kaiser

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 5 day of September , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ Debbie Smoa
Deputy Clerk

Tape No. 00-070

cc: Clerk for Judge
 U. S. Attorney
 Defense Counsel
 Pre-Trial Services