**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    Case No. 00-6255-CR-FERGUSON

    Plaintiff(s),

vs.

GREGORY LAWRENCE (J)

    Defendant(s).
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a CHANGE OF PLEA/STATUS CONFERENCE hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on OCTOBER 25, 2000 at 9:00 A.M.** minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 11TH day of October, 2000.

                                          WILKIE D. FERGUSON, JR.
                                          UNITED STATES DISTRICT JUDGE

copies provided:
Clayton Kaeiser, AFPD
Scott Behnke, AUSA