UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

GREGORY LAWRENCE, (J)
        Defendant.
_____/

FILED by _____ D.C.

**MINUTES
CHANGE OF PLEA**

OCT 25 2000

On October 25, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Clayton Kaiser, Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) One (1) of the Information. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )     The Court proceeded to pronounce sentence.

(X)     The Court postponed sentencing until **1/5/01 at** 10:00 a.m.,

( )     and the defendant was allowed to remain on present bond until then;

( )     and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

(X)     and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Anita LaRocca</u>
Clerk <u>Deloris McIntosh</u>

