CR 12 (Rev. 9/82)     WARRANT FOR ARREST    AUS/ einhart/Mastando, Dept. of State

| **United States District Court** | DISTRICT | Southern District of Florida |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GREGORY LAWRENCE, a/k/a Frankie Lafontant, a/k/a Lee Ruben Charlemagne | DOCKET<br>00-5036-LRJ | MAGISTRATE CASE NO.<br>00-6255-CR Ferguson |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF:    x☐ Order of Court | GREGORY LAWRENCE<br>a/k/a Frankie Lafontant<br>a/k/a Lee Ruben Charlemagne<br>DOB:    SSN: | |
| TO:<br>United States Marshals Service or any other authorized representative | DISTRICT OF ARREST | |
| | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

False statement in application and use of passport.

RECEIVED 2000 FEB 23 PM 3:27 SOUTHERN DISTRICT OF FLORIDA W. PALM BCH. OFF.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1542 |
|---|---|---|
| BAIL FIXED BY COURT<br>No Bond | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>LINNEA R. JOHNSON<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE)<br>[signature] | DATE<br>2-18-00 |
| CLERK OF COURT<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>[signature] | DATE ISSUED<br>2/23/00 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>2/23/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, USM<br>By<br>NL Navitsky DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE EXECUTED<br>8/16/2000 | | |

[1] United States Judge or Judge of a State Court of Record

454928
0004-0224-1065