SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # _00-6255-CR-WDF_

DEFENDANT _Gregory Lawrence_   JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_   DATE _January 5, 2001_

Court Reporter _Paul Haferling_   USPO _R. Stombey_

AUSA _Scott Behnke_   Deft's Counsel _Clayton Kaiser_

COUNTS DISMISSED ___All Others___

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment to _Right appeal_   Years ___   Months _8_   Counts ___

_Credit time served from 8/16/00_

Supervised Release   _3 yrs_   _(See P.S.C. for details)_

Probation   Years ___   Months ___   Counts ___

Comments _____

Assessment $ _100.00_   Fine $ _None_

Restitution /Other _____

### CUSTODY

_✓_ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____