DEFENDANT: **GREGORY LAWRENCE, (J) 61827-004**
CASE NUMBER: **0:00CR06255-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___8___ **month(s)**.

**Credit for time served from August 16, 2000.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Date 1-25-01

Defendant delivered on ___02-06-2001___ to ___Federal Detention Center Miami, FL.___
at ___33 NE 4 ST. Miami, Fl.33128___, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By ___Ariel O. Guerrero, L.I.E.___
~~Deputy U.S. Marshal~~