UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-FERGUSON

2003 JUN -4 PM 5:30

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LAWRENCE,

    Defendants.
_____/

### CLERK'S ORDER OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE

The above referenced case, which was initially assigned to the Honorable Wilkie D. Ferguson, is closed but has pending motions or other matters extant. Because of Judge Ferguson's current medical incapacity, the case is being randomly reassigned pursuant to the instructions of the Chief Judge of this Court. All parties to the action are hereby notified of the following:

1. That, pursuant to the Local Rules and policies of this Court providing for the random and equal allotment of cases, the above-styled case is hereby reassigned to the calendar of DANIEL T.K. HURLEY, United States District Judge for all further proceedings;

2. That the magistrate assignment is changed to Magistrate Judge VITUNAC, who is paired with the assignee District Court Judge pursuant to Administrative Orders 2002-03, 2002-12 and 2002-58;

3. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officers as follows:

**00-6255-CR-HURLEY/VITUNAC**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.2.

DONE at the Federal Courthouse Square, Miami, Florida, this 4th day of JUNE, 2003.

CLARENCE MADDOX,
Court Administrator •Clerk of Court

By: _____
    Deputy Clerk

c:    U.S. District Judge HURLEY
    Magistrate Judge VITUNAC
    All counsel of record/pro se parties