PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65018



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06255-001</u>

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Gregory Lawrence

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U. S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 5, 2001

| | |
|---|---|
| Original Offense: | Making a False Statement in an Application for a Passport, in violation of Title 18 U.S.C. § 1542 a Class C felony |
| Original Sentence: | Eight (8) months custody of the Bureau of Prisons, followed by three (3) years supervised release. Special Conditions of supervision: 1) At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody fo the Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act; and 2) If deported, the defendant shall not reenter the United States with the express permission of the United States Attorney General. The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Officer within 72 hours of arrival. He was assessed $100. |

Type of Supervision: Supervised Release          Date Supervision Commenced: April 13, 2001

Assistant U.S. Attorney:          Defense Attorney:
Scott H. Behnke                      Clayton R. Kaeiser

## PETITIONING THE COURT

[X] To issue a warrant
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C                                                                SD/FL PACTS No. 65018
(SD/FL 9/96)

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about May 13, 2003, the defendant was arrested by the Miami-Dade Police Department and charged with Attempted First Degree Murder, contrary to Florida Statute 782.04; Possession of a Firearm by a Convicted Felon, contrary to Florida Statute 790.23; Use of a Firearm to Commit a Felony, contrary to Florida Statute 790.07; and Aggravated Assault, contrary to Florida Statute 784.021. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
[]   revoked.
[]   extended for _ years, for a total term of _ years.
[]   The conditions of supervision should be modified as follows:

                                        Respectfully submitted,
                                by      
                                        Steven G. Aasterud
                                        U.S. Probation Officer
                                        Phone: (954) 769-5509
                                        Date: May 19, 2003

Reviewed and Approved by: _____
                          Carolyn M. Gamble, Supervising
                          U. S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

_____
Date