PROB 19                                                                                                SD/FL PACTS No. 65018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **0:00CR06255-001**

FILED by _____ D.C.

JUN 11 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs Gregory Lawrence a/k/a: Frankie LaFontant

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Gregory Lawrence a/k/a: Frankie LaFontant | M | Black | 29 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| Miami-Dade County Jail |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, SD/FL | April 13, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. District Court, Fort Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | JUN 11 2003 |

### RETURN

**Warrant received and executed.**

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| |

| NAME | (BY) | DATE |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."