# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  ]
                Plaintiff ]
        -vs-               ]
                           ]
LAWRENCE, GREGORY          ]
                Defendant

CASE NUMBER: CR OO-6255-cr- Hurley

REPORT COMMENCING CRIMINAL ACTION

____ __ 61827-004 _____
USMS Number

**************************************************************

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
    U.S. DISTRICT COURT          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
**************************************************************
COMPLETE ALL ITEMS.- INFORMATION NOT APPLICABLE ENTER N/A

(1)  DATE AND TIME OF ARREST: __6/23/03__    (AM) 9:30   PM

(2)  LANGUAGE SPOKEN: __English__

(3)  OFFENSE(S) CHARGED: __Probation/Supervised Release V.O.__

_____

(4)  UNITED STATES CITIZEN:    ( ) YES    (X) NO    ( )  UNKNOWN

(5)  DATE OF BIRTH: _____8/5/73_____

(6)  TYPE OF CHARGING DOCUMENT:  (check one)
     [ ] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
         CASE # _____
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [X] PROBATION VIOLATION WARRANT
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: _____
     COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

AMOUNT OF BOND: $_____    WHO SET BOND? _____

(7)  REMARKS: _____

(8)  DATE: __6/23/03__    ARRESTING OFFICER: _____

(10) AGENCY: __USMS__          (11) PHONE: __(305)536-5677__

(12) COMMENTS: _____

_____