# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**  DATE: 06/26/03   TIME: 10:00 AM

DEFT. GREGORY LAWRENCE (J) #61827-004   CASE NO. 00-6255-CR-HURLEY/VITUNAC
aka Frankie LaFontant
AUSA. Ellen Cohen   ATTY. Martin Roth, Retained

AGENT. STEVEN AASTERUD - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING  REPORT RE: COUNSEL & BOND   BOND. NO BOND

FUTURE DATES  Preliminary Probable Cause set 07/08/03 at 10:00 AM

DISPOSITION

Deft present with counsel & present arguments
USPO present arguments.
Court sets No Bond.

DATE: 6-26-03   TAPE: LRJ-03- 44-877