PROB 19                                                                                         SD/FL PACTS No. 65018

**RECEIVED**
UNITED STATES DISTRICT COURT — U.S. STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA
'03 JUN 11 PM 4:19

CASE NO. 0:00CR06255-001 DTKH

SOUTHERN DISTRICT OF
FLORIDA
W. PALM BCH. OFF.

U.S.A. vs Gregory Lawrence a/k/a: Frankie LaFontant

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |||||
| NAME OF PROBATIONER<br>Gregory Lawrence a/k/a: Frankie LaFontant || SEX<br>M | RACE<br>Black | AGE<br>29 |
| ADDRESS (STREET, CITY, STATE)<br>Miami-Dade County Jail |||||
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, SD/FL |||  DATE IMPOSED<br>April 13, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U. S. District Court, Fort Lauderdale, Florida |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK ||| DATE<br>JUN 1 1 2003 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>6/11/03 || DATE EXECUTED<br>6/23/03 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>Detainer pickup from Dade County Jail ||||
| NAME  Christina Pharo, US Marshal<br>S/D FL | (BY)<br>Glen Wilner, SDUSM || DATE<br>6/23/03 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."