UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GREGORY LAWRENCE,
    Defendant.
_____/

FILED by _____ D.C.

JUN 3 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING RESPONSE

**THIS MATTER** come before the court upon motion from counsel representing the above named defendant, filed April 1, 2003, for early termination of Supervised Release. Upon review, it is

**ORDERED** and **ADJUDGED**:

Counsel representing the plaintiff, United States of America and the United States Probation Office, shall file, within ten (10) days from the date of this order, a response to defendant's motion.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of June, 2003.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Scott Behnke
Clayton R. Kaeiser, Esq.
United States Probation Office