UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY LAWRENCE,

    Defendant.
_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** as follows:

*Bond hearing held.*
*"No Bond" set*

    **DONE AND ORDERED** at West Palm Beach, Florida this __30th__ day of ____June____, 20__03__. *Nunc Pro Tunc 6/26/03.*

TAPE NO: LRJ-03-44-872

                               UNITED STATES MAGISTRATE JUDGE
                               LINNEA R. JOHNSON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal