UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

vs.

GREGORY LAWRENCE

### ORDER ON HEARING TO REPORT RE: COUNSEL

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__ Private counsel _Martin Roth_ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at West Palm Beach, Florida this __30th__ day of __June__, 20__03__. Nunc Pro Tunc 6/26/03.

TAPE NO. LRJ-03-44-872

UNITED STATES MAGISTRATE JUDGE
LINNEA R. JOHNSON

Copies provided to:
U.S. Attorney
Defense Counsel
Pretrial Services or Probation
U.S. Marshal