PROB 19a                                                                                              SD/FL PACTS No. 65018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06255-001

**U.S.A. vs Gregory Lawrence a/k/a Frankie LaFontant**



FILED by _____ D.C.
JUL - 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him forthwith, before the United States District Court to answer charges that he violated the conditions of his supervised release imposed by the Court. |

| NAME OF SUPERVISED RELEASEE<br>**Gregory Lawrence a/k/a Frankie LaFontant** | SEX<br>M | RACE<br>Black | AGE<br>29 |
|---|---|---|---|

| ADDRESS (STREET,CITY,STATE) |
|---|
| Federal Detainee/U.S. Marshal's West Palm Beach/USM #61827-004 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida | DATE IMPOSED<br>April 13, 2001 |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. District Court, West Palm Beach, Florida |

| CLERK<br>**Clarence Maddox** | (BY) DEPUTY CLERK<br>*Irene Rivera* | DATE<br>7-3-03 |
|---|---|---|

| RETURN |
|---|

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
|  |

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."