PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65018

FILED by __ D.C.
JUL - 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 0:00CR06255-Cr-Hurley/Vitunac

### SUPERCEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:     **Gregory Lawrence**

Name of Sentencing Judicial Officer:   The Honorable Wilkie D. Ferguson, Jr., Judge
                                       U.S. District Court, Fort Lauderdale

Date of Original Sentence: January 5, 2001

Original Offense:   Making a False Statement in an Application for a Passport, in violation of Title 18 U.S.C. § 1542 a Class "C" Felony.

Original Sentence:  Eight (8) months custody of the Bureau of Prisons, followed by three (3) years Supervised Release. Special conditions: 1) At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the Immigration and Naturalization Service for deportation proceedings consistent with the Immigration and Nationality Act; and 2) If deported, the defendant shall not reenter the United States without the express permission of the United States Attorney General. The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of arrival. He was assessed $100.

Type of Supervision: Supervised Release        Date Supervision Commenced: April 13, 2001

Assistant U.S. Attorney:                        Defense Attorney:
Scott H. Behnke                                 Clayton R. Kaeiser

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 14, 2003, the defendant |

THE HONORABLE DANIEL T.K. HURLEY, JUDGE
June 26, 2003
Page 2

**NAME OF OFFENDER:** GREGORY LAWRENCE  **CASE NO:** 0:00CR06255-Hurley/Vitunac

was arrested by the Miami-Dade Police Department and charged with Attempted First Degree Murder, contrary to Florida Statute 782.04; Possession of a Firearm by a Convicted Felon, contrary to Florida Statute 790.23; Use of a Firearm to Commit a Felony, contrary to Florida Statute 790.07; and Aggravated Assault, contrary to Florida Statute 784.021.

2.  **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about May 14, 2003, in Dade County, Florida, the defendant, did commit the offense of Unauthorized Possession of a Driver's License, contrary to Florida Statute 322.212.

U.S. Probation Officer Recommendation:

[X] **The term of supervision should be**
[X] **revoked**
[ ] extended for _ years, for a total term of _ years.
[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by *[signature]*
Steven G. Aasterud
U.S. Probation Officer
Phone: (954) 769-5509
Date: June 26, 2003

Reviewed and Approved by: *[signature]*
Carolyn M. Gamble, Supervising
U. S. Probation Officer

---

## THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]* Daniel T.K. Hurley
Signature of Judicial Officer

July 3, 2003
Date