UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GREGORY LAWRENCE,
    Defendant.
_____/

FILED by _____ D.C.
JUL - 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER VACATING ORDER REQUIRING RESPONSE AND DENYING MOTION FOR EARLY TERMINATION

**THIS CAUSE** is before the court on defendant's motion for early termination, filed April 1, 2003. The Court has reviewed the record and finds that a violation of supervised release has been filed by the U.S. Probation Office and a new warrant has been issued. Therefore, it is

**ORDERED and ADJUDGED** :

1. The defendant's motion for early termination [DE 27] is DENIED.

2. The Court's order requiring a response from the plaintiff, United States of America and the United States Probation Office is VACATED.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of July, 2003.

**copy furnished:**
AUSA Scott Behnke
Clayton R. Kaeiser, Esq.
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts