# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 07/08/03   TIME: 10:00 AM

DEFT. GREGORY LAWRENCE (J) #61827-004   CASE NO. 00-6255-CR-HURLEY/VITUNAC

AUSA. _Richard Brown for_ SCOTT BEHNKE   ATTY. CLAYTON KAISER, Esq. -Perm.

AGENT. STEVEN AASTERUD - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING PRELIMINARY PROBABLE CAUSE HEARING   BOND. NO BOND

FUTURE DATES _____

DISPOSITION Probable Cause hearing held.
Det. Octavio Jilly - Miami Dade P.D. sworn.
Steven Aasterud - USPO sworn.
Govt exhs 1-5 admitted   Deft Exh 1 admitted.
Court finds deft is guilty as charged in Petition and will issue Report and Recommendation to District Court recommending that deft be found guilty and to proceed to sentencing.

DATE: 7/8/03.   TAPE: LRJ-03- 50-783