PROB 19a                                                                          SD/FL PACTS No. 65018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

RECEIVED
UNITED STATES MARSHAL

## CASE NO. 0:00CR06255-001

FILED by _____ D.C.

2003 JUL -7 PM 3:41

SOUTHERN DISTRICT OF FLORIDA
W. PALM BCH. OFF.

JUL - 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## U.S.A. vs Gregory Lawrence a/k/a Frankie LaFontant

### TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him forthwith, before the United States District Court to answer charges that he violated the conditions of his supervised release imposed by the Court. | | | |
| NAME OF SUPERVISED RELEASEE **Gregory Lawrence a/k/a Frankie LaFontant** | SEX M | RACE Black | AGE 29 |
| ADDRESS (STREET,CITY,STATE) Federal Detainee/U.S. Marshal's West Palm Beach/USM #61827-004 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) U.S. District Court, Southern District of Florida | | DATE IMPOSED April 13, 2001 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) U.S. District Court, West Palm Beach, Florida | | | |
| | | | |
| CLERK **Clarence Maddox** | (BY) DEPUTY CLERK *Irene Rivera* | DATE 7-3-03 | |


| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED 07/07/2003 | DATE EXECUTED 07/08/2003 |
| EXECUTING AGENCY (NAME AND ADDRESS) **UNITED STATES MARSHALS SERVICE   701 CLEMATIS STREET,ROOM 215 WEST PALM BEACH, FL 33401** | | |
| | | |
| NAME **CHRISTINA PHARO/U.S. MARSHAL S/FL** | (BY) **DEPUTY US MARSHAL REILLY** | DATE |

[1]  Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."