UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FRANKIE LaFONTANT,
    a/k/a Gregory Lawrence
    Defendant.
_____/



FILED by _____ D.C.
AUG -7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING HEARING

THIS MATTER come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation, filed July 16, 2003, are **adopted**.

2. A sentencing hearing will be conducted on **Friday, August 15, 2003, at 3:00 p.m.** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

3. Any requested delay must be filed in accordance with the local rules for this district and received by the Clerk of the United States District Court in a timely manner.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___31st___ day of July, 2003.

**copy furnished:**
AUSA Scott Behnke
Martin L. Roth, Esq.
United States Marshal's Service
United States Probation Office

                        _____
                        Daniel T. K. Hurley
                        United States District Judge