# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6255-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FRANKIE LaFONTANT,
    a/k/a Gregory Lawrence,
    Defendant.

-----------------------------------------/

FILED by ___ D.C.

AUG 20 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

## JUDGMENT & COMMITMENT ORDER UPON
## REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. On August 15, 2003, the court conducted a hearing and subsequently concluded that after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of supervised release are **revoked** and the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twenty-four, (24) months.** The court recommend the term of imprisonment be served in Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __19__ day of August, 2003.

**copy furnished:**
AUSA Kerry Baron
Clayton Kaeiser, Esq.
U.S. Marshal Service
U.S. Probation Office, West Palm Beach, FL

Daniel T. K. Hurley
United States District Judge