FILED
PAID _____ 105.00 _____
In Forma
Pauperis _____ 718926 _____
Clarence Maddox, Clerk

IN THE DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

    CASE NO.   00-6255-CR

    JUDGE:   HURLEY

FRANKIE LaFONTANT,
a/k/a Gregory Lawrence,

    Defendant.
_____/

### DEFENDANT LAFONTANT'S NOTICE OF APPEAL

Notice is hereby given that FRANKIE LaFONTANT, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 15TH Day of August, 2003.

CLAYTON R. KAEISER
Attorney for Frankie LaFontant
1762 Coral Way
Miami, Florida 33145
(305) 371-4989

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via U.S. Mail this _____ day of August, 2003, to the Office of the United States Attorney, 99 N.E. 4TH Street, Miami, Florida 33131.

BY: CLAYTON R. KAEISER, ESQ.
Florida Bar No. 348120