UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

                            Case No. 00-6255-Cr-HURLEY

    Plaintiff,

vs.                    WEST PALM BEACH, *FLORIDA*
                        JULY 8, 2003

FRANKIE LaFONTANT, et al.,

    Defendants.

---

TRANSCRIPT OF PROBABLE CAUSE HEARING
BEFORE THE HONORABLE LINNEA R. JOHNSON,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        RICHARD BROWN, A.U.S.A.
        *United States Attorneys' Office*
        500 Australian Ave., Ste. 400
        West Palm Beach, FL  33401

FOR THE DEFENDANT:

        CLAYTON R. KAEISER, ESQ.
        1762 Coral Way
        Miami, Florida

REPORTED BY:    JERALD M. MEYERS, RPR-CM
                Miami, FL  33128-7797

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION