```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2

 3    UNITED STATES OF AMERICA,)   Case No.
                               )   00-6255-CR-HURLEY
 4         Plaintiff,          )
                               )
 5         -v-                 )
                               )
 6    GREGORY LAWRENCE, aka    )
      Lee Ruben Charlemagne,   )
 7    aka Frankie Lafontant,   )
      aka Jackel Thomas Smith, )
 8                             )
           Defendant.          )   West Palm Beach, Florida
 9                             )   August 15, 2003
      _____)

10

11          TRANSCRIPT OF SENTENCING PROCEEDINGS
12          BEFORE THE HONORABLE DANIEL T.K. HURLEY
13                  U.S. DISTRICT JUDGE

14

15    Appearances:
16    FOR THE GOVERNMENT        Kerry Baron, AUSA
                                500 S. Australian Avenue, Ste. 400
17                              West Palm Beach, FL   33401

18
      FOR THE DEFENDANT         Clayton R. Kaeiser, ESQ.
19                              1762 Coral Way
                                Miami, FL   33145

20
21    Reporter                  Stephen W. Franklin, RMR, CRR
      (561)651-3865             Official Court Reporter
22                              701 Clematis Street, Suite 417
                                West Palm Beach, Florida   33401
23
24
25
```