UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6255-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FRANKIE LaFONTANT,
  a/k/a Gregory Lawrence,
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. On August 15, 2003, the court conducted a hearing and subsequently concluded that after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of supervised release are **revoked** and the defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twenty-four, (24) months.** The court recommend the term of imprisonment be served in Florida.

DONE and SIGNED in Chambers at West Palm Beach, Florida this ___ day of August, 2003.

copy furnished:
AUSA Kerry Baron
Clayton Kaeiser, Esq.
U.S. Marshal Service
U.S. Probation Office, West Palm Beach, FL

Daniel T. K. Hurley
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date Aug. 20, 2003

Delivered to USP Coleman on 11/4/03 via BOP Bus S Dunlap lv/KCP
for Dumas A. McKelvey Linda M