**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **February 24, 2004**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

IN RE: District Court No: 00-6255-CR-DTKH

Appeal Court No: 03-14374-JJ

Style: USA V. LAWRENCE (aka) Lafontant

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

1 Volume(s) of pleadings;

2 Volume(s) of transcripts;

X Exhibits: ____ boxes; ____ folders;

____ envelopes; ____ other;

1 PSIs (sealed)

____ Other:

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: Marjorie R. Rotella
Deputy Clerk

Attachment
C: Court file

57 / mkk

AEV CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6255-ALL

USA v. Lawrence Filed: 09/05/00

Other Dkt # 9:00-m -05038

Case Assigned to: Judge Daniel T. K. Hurley

GREGORY LAWRENCE (1)
aka
Lee Ruben Charlemagne
aka
Frankie Lafontant
aka
Jackel Thomas Smith
defendant
[term 01/25/01]

Martin L. Roth
FTS 374-6495
[COR LD NTC ret]
Haber & Roth
1001 Brickell Bay Drive
Suite 1704
Miami, FL 33131-1623
305-374-6033

| Pending Counts: | Disposition |
|---|---|
| 18:1542.F FALSE STMT APPLICATION PASSPORT (1) | Imprisonment 8 months-credit time served from 8/16/00; Supervised Release 36 months; Assessment $100.00; Amended: Supervised Release is revoked and defendant is committed to the custody for 24 months (1) |

Offense Level (opening): 4

Terminated Counts:

NONE

| Complaints | Disposition |
|---|---|
| FALSE STATEMENT in application and use of passport [ 9:00-m -5038 ] | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By MRK
Deputy Clerk
Date 2/24/04

U. S. Attorneys:

Scott Behnke
FTS 356-7336
954-356-7392
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
101 NE 3rd Avenue
Suite 200
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

Begin V01 #

Proceedings include all events. AEV
0:00cr6255-ALL USA v. Lawrence CLOSED APPEAL

2/18/00 (1) COMPLAINT as to Gregory Lawrence
[ 9:00-m -5038 ] (eg) [Entry date 02/23/00]

2/18/00 (2) ARREST WARRANT issued as to Gregory Lawrence . Warrant issued by Magistrate Linnea R. Johnson Bail fixed at No Bond
[ 9:00-m -5038 ] (eg) [Entry date 02/23/00]

8/16/00 (3) ORDER on Initial Appearance as to Gregory Lawrence Bond set to Temp PTD. Arraignment set for 9:30 8/30/00; Report re counsel set for 9:30 8/21/00; Detention hearing set for 9:30 8/21/00; Preliminary examination set for 9:30 8/30/00; before Duty Magistrate, , ( Signed by Magistrate Judge John J. O'Sullivan on 8/16/00) Tape # 00A-63-621 CCAP
[ 9:00-m -5038 ] (eg) [Entry date 08/21/00]

8/16/00 (4) NOTICE of Temporary Appearance for Gregory Lawrence by Attorney Clayton Reed Kaeiser
[ 9:00-m -5038 ] (eg) [Entry date 08/21/00]

8/21/00 (5) Minutes of RRC & PTD held on 8/21/00 before Ch. Magistrate Judge Linnea R. Johnson as to Gregory Lawrence ; resetting Report re counsel for 8/29/00 at 9:30 A.M. before Duty Magistrate Court Reporter Name or Tape #: LRJ-00-70-1353
[ 9:00-m -5038 ] (eg) [Entry date 08/21/00]

8/21/00 -- Report Re Counsel as to Gregory Lawrence set for 9:30 8/29/00 for Gregory Lawrence before Duty Magistrate
[ 9:00-m -5038 ] (eg) [Entry date 08/21/00]

8/21/00 (6) ORDER as to Gregory Lawrence Defendant is Pretrial Detained pursuant to stipulation; May have full blown hearing if circumstances change. ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/21/00) CCAP [EOD Date: Tape # LRJ-00-70-1353 CCAP
[ 9:00-m -5038 ] (eg) [Entry date 08/21/00]

8/31/00 (7) Minutes of Arrignment not held on 8/30/00 before Ch. Magistrate Judge Linnea R. Johnson as to Gregory Lawrence ; Defendant signed waiver - arraignment reset to 9/5/00 at 11:00 am in Ft. Lauderdale. Tape #: LRJ-00-80-2837 & LRJ-00-81-1
[ 9:00-m -5038 ] (ch) [Entry date 08/31/00]

8/31/00 -- Deadline updated as to Gregory Lawrence, reset Arraignment for 11:00 9/5/00 for Gregory Lawrence before Duty Magistrate in Fort Lauderdale
[ 9:00-m -5038 ] (ch) [Entry date 08/31/00]

8/31/00 (8) NOTICE of Appearance for Gregory Lawrence by Attorney Clayton R. Kaeiser
[ 9:00-m -5038 ] (pa) [Entry date 09/01/00]

Vol #1 Cont.

Proceedings include all events. AEV
0:00cr6255-ALL USA v. Lawrence CLOSED APPEAL

8/31/00 (9) ORDER and WAIVER of Arraignment on August 30, 2000 as to Gregory Lawrence ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/31/00 Nunc pro tunc 8/30/00) CCAP [EOD Date: 9/5/00] Tape # LRJ-00-80-2551 CCAP
[ 9:00-m -5038 ] (eg) [Entry date 09/05/00]

8/31/00 -- MOTION in open court by Gregory Lawrence to continue Arraignment
[ 9:00-m -5038 ] (eg) [Entry date 09/05/00]

8/31/00 (10) ORDER as to Gregory Lawrence granting [0-0] oral motion to continue Arraignment as to Gregory Lawrence (1) ( Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/31/00) CCAP [EOD Date: 9/5/00] CCAP
[ 9:00-m -5038 ] (eg) [Entry date 09/05/00]

9/5/00 (11) INFORMATION as to Gregory Lawrence (1) count(s) 1 (Criminal Category 1) (Preliminary Examination cancelled.) (pb) [Entry date 09/05/00]

9/5/00 -- Magistrate identification: Magistrate Judge Lurana S. Snow (pb) [Entry date 09/05/00]

9/5/00 (12) WAIVER OF INDICTMENT by Gregory Lawrence (dp) [Entry date 09/06/00]

9/5/00 (13) Minutes of preliminary/arraignment held on 9/5/00 before Magistrate Barry S. Seltzer as to Gregory Lawrence ; Court Reporter Name or Tape #: 00-70/1527 (dp)
[Entry date 09/06/00]

9/5/00 (14) ARRAIGNMENT INFORMATION SHEET for Gregory Lawrence (1) count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 09/06/00]

9/5/00 -- ARREST of Gregory Lawrence (dp) [Entry date 09/06/00]

9/5/00 (15) STANDING DISCOVERY ORDER as to Gregory Lawrence all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 9/5/00) CCAP (dp)
[Entry date 09/06/00]

9/5/00 (16) ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Gregory Lawrence ( Signed by Magistrate Barry S. Seltzer on 9/5/00) CCAP [EOD Date: 9/6/00] CCAP (dp)
[Entry date 09/06/00]

9/13/00 (17) SCHEDULING ORDER as to Gregory Lawrence setting Calendar Call for 3:15 10/16/00 for Gregory Lawrence ; Jury Trial for 10/23/00 for Gregory Lawrence ; before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 9/13/00) CCAP [EOD Date: 9/14/00] CCAP (dp)
[Entry date 09/14/00]

Vol #1 Cont.



| | | |
|---|---|---|
| 9/21/00 | 18 | RESPONSE to Standing Discovery Order by USA as to Gregory Lawrence (dp) [Entry date 09/22/00] |
| 10/12/00 | 19 | ORDER as to Gregory Lawrence set Change of Plea/Status Conference Hearing for 9:00 10/25/00 for Gregory Lawrence before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 10/11/00) CCAP [EOD Date: 10/13/00] CCAP (dp) [Entry date 10/13/00] |
| 10/25/00 | 20 | Minutes of change of plea held on 10/25/00 before Judge Wilkie D. Ferguson Jr. as to Gregory Lawrence ; GUILTY: Gregory Lawrence (1) count(s) 1 Court Reporter Name or Tape #: Anita LaRocca (dp) [Entry date 10/26/00] |
| 10/25/00 | 21 | Plea Agreement as to Gregory Lawrence (dp) [Entry date 10/26/00] |
| 10/25/00 | 22 | NOTICE of Hearing as to Gregory Lawrence : setting Sentencing for 10:30 1/5/01 for Gregory Lawrence before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 10/26/00] |
| 1/5/01 | -- | Sentencing held Gregory Lawrence (1) count(s) 1 (ss) [Entry date 01/26/01] |
| 1/12/01 | 23 | Arrest WARRANT Returned Executed as to Gregory Lawrence on 8/16/00 (at) [Entry date 01/16/01] |
| 1/25/01 | 24 | Minutes of Sentencing held on 1/5/01 before Judge Wilkie D. Ferguson Jr. as to Gregory Lawrence; Court Reporter Name or Tape #: Paul Haferling (ss) [Entry date 01/26/01] |
| 1/25/01 | 25 | JUDGMENT as to Gregory Lawrence (1) count(s) 1. Imprisonment 8 months-credit time served from 8/16/00; Supervised Release 36 months; Assessment $100.00 (Signed by Judge Wilkie D. Ferguson Jr. on 1/22/01) CCAP [EOD Date: 1/26/01] CCAP (ss) [Entry date 01/26/01] |
| 2/8/01 | 26 | Judgment Returned Executed as to Gregory Lawrence on 2/6/01 at FDC Miami (dp) [Entry date 02/09/01] |
| 4/1/03 | 27 | MOTION by Gregory Lawrence for Early Termination of Probation (dp) [Entry date 04/02/03] |
| 6/4/03 | 28 | CLERK'S NOTICE OF REASSIGNMENT OF CLOSED CASE: Case reassigned to Judge Daniel T. K. Hurley for all further proceedings as to Gregory Lawrence . (tb) [Entry date 06/05/03] |
| 6/4/03 | -- | Magistrate identification: Magistrate Judge Ann E. Vitunac (tb) [Entry date 06/05/03] |

V31 #1 Cont.



| | | |
|---|---|---|
| 6/11/03 | 29 | PETITION and ORDER for Action on Conditions of Supervised Release as to Gregory Lawrence ( Signed by Judge Daniel T. K. Hurley on 6/9/03) [EOD Date: 6/12/03] (kw) [Entry date 06/12/03] |
| 6/11/03 | 30 | Probation WARRANT issued as to Gregory Lawrence (kw) [Entry date 06/12/03] |
| 6/23/03 | -- | ARREST of Gregory Lawrence (kw) [Entry date 06/29/03] |
| 6/24/03 | 31 | REPORT Commencing Criminal Action as to Gregory Lawrence DOB: 8/5/73 Prisoner # 61827-004 (dg) [Entry date 06/25/03] |
| 6/24/03 | 32 | ORDER on Initial Appearance as to Gregory Lawrence Probable Cause Hearing set for 9:30 7/8/03 for Gregory Lawrence Report re counsel set for 9:30 6/26/03 for Gregory Lawrence ; Detention hearing set for 9:30 6/26/03 for Gregory Lawrence ; before Duty Magistrate, , ( Signed by Magistrate Stephen T. Brown on 6/23/03) Tape # 03D-42-100 CCAP (dg) [Entry date 06/25/03] |
| 6/26/03 | 33 | Minutes of Report Re Counsel and Bond held on 6/26/03 n violation of Supervised Release Violation before Magistrate Judge Linnea R. Johnson as to Gregory Lawrence. Court sets no bond. Lawrence; Tape #: LRJ-03-44-872 (pa) [Entry date 06/27/03] |
| 6/26/03 | -- | Bond hearing as to Gregory Lawrence on Violation of Supervised Release held before Magistrate Judge Linnea R. Johnson (pa) [Entry date 06/27/03] |
| 6/27/03 | -- | Report Re Counsel as to Gregory Lawrence held before Magistrate Judge Linnea R. Johnson (pa) [Entry date 06/27/03] |
| 6/27/03 | 34 | PROBATIONER WARRANT Returned Executed as to Gregory Lawrence on 6/23/03 (kw) [Entry date 06/29/03] |
| 6/30/03 | 35 | ORDER REQUIRING RESPONSE:ORDER as to Gregory Lawrence Response to motion reset to 10 days from the date of this order for [27-1] motion for Early Termination of Probation (Signed by Judge Daniel T. K. Hurley on 6/27/03) [EOD Date: 6/30/03] CCAP∆ (pa) [Entry date 06/30/03] |
| 6/30/03 | 36 | ORDER bond hearing held. No bond set as to Gregory Lawrence ( Signed by Magistrate Judge Linnea R. Johnson on 6/30/03) [EOD Date: 7/1/03] CCAP∆ (kw) [Entry date 07/01/03] |
| 6/30/03 | 37 | ORDER on Hearing to Report Re Counsel as to Gregory Lawrence Counsel by Martin L. Roth before Magistrate Judge Linnea R. Johnson ( Signed by Magistrate Judge Linnea R. Johnson on 6/30/03) Tape # LRJ-03-44-872 CCAP (kw) [Entry date 07/01/03] |

Vol #1 Cont.

Proceedings include all events. AEV
0:00cr6255-ALL USA v. Lawrence CLOSED APPEAL

7/3/03 (38) SUPERVISED RELEASE WARRANT issued as to Gregory Lawrence . (kw) [Entry date 07/07/03]

7/3/03 (39) SUPERSEDING PETITION and ORDER for Action on Conditions of Supervised Release as to Gregory Lawrence ( Signed by Judge Daniel T. K. Hurley on 7/3/03) [EOD Date: 7/7/03] (kw) [Entry date 07/07/03]

7/3/03 (40) ORDER as to Gregory Lawrence denying [27-1] motion for Early Termination of Probation vacating [35-2] order ( Signed by Judge Daniel T. K. Hurley on 7/3/03) [EOD Date: 7/7/03] CCAP (kw) [Entry date 07/07/03]

7/8/03 (41) Minutes of preliminary probable cause hearing held on before Magistrate Judge Linnea R. Johnson as to Gregory Lawrence ; Tape #: LRJ-03-50-783 (kw) [Entry date 07/09/03]

7/8/03 -- Probable Cause hearing as to Gregory Lawrence held before Magistrate Judge Linnea R. Johnson (kw) [Entry date 07/09/03]

7/14/03 (42) Arrest WARRANT Returned Executed as to Gregory Lawrence on 7/8/03 (kw) [Entry date 07/15/03]

7/14/03 -- ARREST of Gregory Lawrence (kw) [Entry date 07/15/03]

7/16/03 (43) REPORT AND RECOMMENDATIONS of Magistrate Judge Linnea R. Johnson as to Gregory Lawrence recommending that the defendant be found in violation of supervised release and the District Court proceed with sentencing in this matter . Motion no longer referred. Objections to R and R due by 7/28/03 CCAP (kw) [Entry date 07/17/03]

7/16/03 (44) Exhibit and Witness List as to Gregory Lawrence (kw) [Entry date 07/17/03]

7/25/03 (45) OBJECTIONS by Gregory Lawrence to [43-1] report and recommendations (kw) [Entry date 07/28/03]

8/7/03 (46) ORDER adopting as to Gregory Lawrence [43-1] report and recommendations setting Sentencing for 3:00 8/15/03 for Gregory Lawrence before Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley on 7/31/03) [EOD Date: 8/8/03] CCAP (kw) [Entry date 08/08/03]

8/20/03 (47) AMENDED JUDGMENT: Gregory Lawrence (1) count(s) 1. Imprisonment 8 months-credit time served from 8/16/00; Supervised Release 36 months; Assessment $100.00; Amended: Supervised Release is revoked and defendant is committed to the custody for 24 months ( Signed by Judge Daniel T. K. Hurley on 8/19/03) [EOD Date: 8/21/03] CCAP (kw) [Entry date 08/21/03]

Vol #1 Cont -



8/21/03 48 NOTICE OF APPEAL by Gregory Lawrence re: [47-1] judgment order EOD Date: 8/21/03; Gregory Lawrence (1) count(s) 1; Filing Fee: $ 105.00 Receipt #: 718926 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 08/26/03]

8/26/03 -- Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Gregory Lawrence [48-1] appeal (mr) [Entry date 08/26/03]

9/4/03 -- NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 8/29/03 as to Gregory Lawrence Re: [48-1] appeal USCA Number: 03-14374-J (mr) [Entry date 09/04/03]

9/9/03 49 TRANSCRIPT INFORMATION FORM as to Gregory Lawrence re: [48-1] appeal received on 9/9/03 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 09/10/03]

10/7/03 51 Acknowledgement of Transcript Information Formas to Gregory Lawrence re: [48-1] appeal by Gregory Lawrence Transcript of: Pre-Trial Proceedings held 7/8/03Transcript due on: 11/3/03 for Gregory Lawrence ; Court Reporter name: Jerald M. Myers (mr) [Entry date 10/10/03]

10/8/03 50 Acknowledgement of Transcript Information Formas to Gregory Lawrence re: [48-1] appeal by Gregory Lawrence Transcript of: Sentencing held 8/15/03Transcript due on: 11/3/03 for Gregory Lawrence ; Court Reporter name: Stephen Franklin (mr) [Entry date 10/09/03]

---

10/20/03 52 TRANSCRIPT filed as to Gregory Lawrence of Probable Cause Hearing held 7/8/03 before Judge Linnea R. Johnson Pages: 1-39 re: [48-1] appeal . (nc) [Entry date 10/21/03] Vol #

---

10/20/03 53 Transcript Information Form as to Gregory Lawrence for Transcript of: Probable Cause Hearing held 7/8/03 filed re: [48-1] appeal by Gregory Lawrence (nc) [Entry date 10/21/03]

11/3/03 54 Transcript Information Form as to Gregory Lawrence for Transcript of: Pre-Trial Proceedings and Sentencing held 7/8/03 8/15/03 filed re: [48-1] appeal by Gregory Lawrence (mr) [Entry date 11/04/03]

---

11/3/03 55 TRANSCRIPT filed as to Gregory Lawrence of Sentencing held 8/15/03 before Judge Daniel T.K. Hurley Volume #: 1 Pages: 1-30 re: [48-1] appeal . (mr) [Entry date 11/04/03] Vol #3

---

11/12/03 56 Judgment Returned Executed as to Gregory Lawrence on 11/4/03 at BOP (kw) [Entry date 11/14/03]

End of Vol #1